

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2019

No. 04-19-00582-CV

**IN RE** Reginald **NELSON**

Original Mandamus Proceeding[1]

**ORDER**

On August 28, 2019, relator filed a petition for writ of mandamus. Relator also filed a motion to suspend the rules requiring him to serve copies of the petition on the respondents. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion to suspend the rules is DENIED AS MOOT.

It is so **ORDERED** on September 18, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CV06621, styled *Reginald Edwards v. Rita Edwards and Yaisha Edwards*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.